161 So.2d 280

**CHALMETTE FINANCE CORPORATION**
v.
**ALL AMERICAN ASSURANCE COMPANY OF LOUISIANA.**

**No. 47107.**

March 16, 1964.

In re: All American Assurance Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 158 So.2d 844.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.